NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1226

### PROCTER & GAMBLE COMPANY,

Plaintiff-Appellant,

v.

### RNA CORPORATION,

Defendant.

Appeal from the United States District Court for the Southern District of Ohio in case no. 1:08-CV-565, Judge Thomas M. Rose.

ON MOTION

<u>O R D E R</u>

Upon consideration of the appellant's motion to waive oral argument,

IT IS ORDERED THAT:

(1)     The case is ready for assignment to a calendar.

(2)     The motion to waive oral argument is deferred for consideration by the merits panel. Copies of this order and the motion shall be transmitted to the merits panel.

FOR THE COURT

MAY - 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Peter M. Lancaster, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 7 2009

JAN HORBALY
CLERK